# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:05-cr-154-Orl-31JGG

**PHILIP ROBERT CRIMI**

_____

## ORDER

Defendant has filed a Motion for Judgment of Acquittal or for New Trial (Doc. 583) and the government responded (Doc. 602). A judgment of acquittal is inappropriate because a reasonable fact finder, viewing the evidence in a light most favorable to the government, could conclude that the evidence establishes Defendant's guilt beyond a reasonable doubt. *United States v. Hernandez*, 433 F.3d 1328 (11th Cir. 2005). The Motion for New Trial is without merit because the evidence does not preponderate heavily against the verdict, such that it would be a miscarriage of justice to let the verdict stand. *Id.* Accordingly, it is

**ORDERED** that Defendant's Motion is DENIED.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 17, 2006.

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Philip Robert Crimi

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE